David N. Kuhn (CSB #73389)
Attorney-at-Law
dnkuhn@packbell.net
144 Hagar Avenue
Piedmont, CA 94611
Tel.: (510) 653-4983
Attorney for PLAINTIFF
GREGORY BENDER

Mark D. Rowland (CSB #157862)
mark.rowland@ropesgray.com
Joshua V. Van Hoven (CSB #262815)
joshua.vanhoven@ropesgray.com
ROPES & GRAY LLP
1900 University Avenue
East Palo Alto, California 94303
Tel.: (650) 617-4000
Fax: (650) 617-4090
Attorneys for DEFENDANT
LINEAR TECHNOLOGY CORPORATION

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| GREGORY BENDER, | Case No. 09-01154 SBA |
| Plaintiff, | |
| v. | **STIPULATION REGARDING LOCAL PATENT RULES** |
| LINEAR TECHNOLOGY CORPORATION, | |
| Defendant. | |

Plaintiff Gregory Bender ("Bender") and Defendant Linear Technology Corporation ("Linear") hereby stipulate and request an Order regarding application of the Local Patent Rules as follows:

1. The parties attended by telephone the Court Management Conference on Tuesday, April 27, 2010, at 2:45 PM.

2. At the CMC, the Court set deadlines for the above-captioned case, including a fact discovery cutoff date and expert disclosure date of September 30, 2010, expert discovery

cutoff date of October 29, 2010, a dispositive motion deadline of December 14, 2010, and a February 8, 2010 pretrial conference date.

3. The parties also discussed submitting an agreed order regarding deadlines under the local patent rules.

4. The following proposed schedule generally conforms to the deadlines of the local patent rules regarding patent-specific disclosures.

5. Given that this case is not particularly complex, the following proposed schedule contemplates that claim construction (*Markman*) disputes will be resolved with other issues by the dispositive motion deadline.

6. Accordingly, the parties propose the following schedule for patent-specific activities under this Court's Local Patent Rules ("LPR"):

- May 17, 2010 - LPR 3.1/3.2 – Plaintiff's disclosure of infringement contentions and document production.
- July 1, 2010 - LPR 3.3/3.4 - Defendant's invalidity contentions and document production
- July 12, 2010 - LPR 4.1 - Parties identify terms for construction
- August 2, 2010 - LPR 4.2(a)/4.2(b) - Parties exchange preliminary claim constructions and claim construction evidence
- September 1, 2010 - LPR 4.3 – Parties file Joint Claim Construction statement; Parties Disclose claim construction evidence and witnesses; Parties identify 10 most significant claim terms

| | |
|---|---|
| | Respectfully submitted, |
| Dated: May 11, 2010 | By  /s/ David N. Kuhn |
| | David N. Kuhn (CSB #73389) |
| | Attorney-at-Law |
| | dnkuhn@packbell.net |
| | 144 Hagar Avenue |
| | Piedmont, CA  94611 |
| | Tel.:  (510) 653-4983 |
| | |
| | Attorney for PLAINTIFF |
| | GREGORY BENDER |
| | |
| | Respectfully submitted, |
| Dated: May 11, 2010 | By  /s/ Mark D. Rowland |
| | Mark D. Rowland (CSB #157862) |
| | mark.rowland@ropesgray.com |
| | Joshua V. Van Hoven (CSB #262815) |
| | joshua.vanhoven@ropesgray.com |
| | ROPES & GRAY LLP |
| | 1900 University Avenue |
| | East Palo Alto, California 94303 |
| | Tel.: (650) 617-4000 |
| | Fax: (650) 617-4090 |
| | |
| | Attorneys for DEFENDANT |
| | LINEAR TECHNOLOGY CORPORATION |

Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in filing of the document has been obtained from David N. Kuhn, Esq.

**STIPULATION REGARDING LOCAL PATENT RULES**
**Case No. 09-01154 SBA**

2

1 | Respectfully submitted,

2

3 | Dated: May 11, 2010 | By */s/ Mark D. Rowland*
Mark D. Rowland (CSB #157862)
mark.rowland@ropesgray.com
4 | Joshua V. Van Hoven (CSB #262815)
joshua.vanhoven@ropesgray.com
5 | ROPES & GRAY LLP
1900 University Avenue
6 | East Palo Alto, California 94303
Tel.: (650) 617-4000
7 | Fax: (650) 617-4090

8 | Attorneys for DEFENDANT
LINEAR TECHNOLOGY CORPORATION
9

10

11 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

12 | Dated: 5/14/10

*[signature]*
13 | Hon. Saundra B. Armstrong
United States District Court
14 | Northern District of California

**STIPULATION REGARDING LOCAL PATENT RULES**
**Case No. 09-01154 SBA**

3