David N. Kuhn - State Bar No. 73389
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone:(510)653-4983
E-mail: dnkuhn@pacbell.net
Attorney for plaintiff Gregory Bender

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREGORY BENDER, | ) Case No. C 09-01154 SBA |
| | ) |
| Plaintiff and | ) STIPULATION TO RESCHEDULE |
| counter-defendant, | ) CERTAIN DATES |
| vs. | ) |
| | ) |
| LINEAR TECHNOLOGY CORPORATION, | ) |
| a Delaware corporation, | ) |
| | ) |
| Defendant and | ) |
| counterclaimant. | |

In light of the agreement of the parties to extend the time in which to respond to certain written discovery, the parties to the above-captioned case, through counsel, hereby stipulate that the following patent-specific activities may be rescheduled to the following dates, which such dates will not modify any other deadlines in this case: July 21, 2010- invalidity contentions and related document production; August 2, 2010- identification of claim terms for construction; August 12, 2010- exchange of preliminary claim constructions and claim construction evidence.

Page 1

Dated: June 30, 2010     Ropes & Gray LLP, Counsel for defendant
                               By_____/S/ Mark D. Rowland_____

Dated: June 30, 2010     _____/S/_____
                          David N. Kuhn, Counsel for Plaintiff

I, David N. Kuhn, attest that I am the ECF user whose log-in and password are being used to e-file this Stipulation and that concurrence in the filing of this document has been obtained from Ropes & Gray LLP, counsel for the defendant.

Executed on June 30, 2010           _____/S/_____
PIEDMONT, CALIFORNIA                     David N. Kuhn



PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 7/6/10                       _____*Saundra B. Armstrong*_____
                                      Hon. Saundra B. Armstrong
                                      United States District Judge

1
2
3
4
5
6
7
8   Stipulation to continue cmc and to
    file amended complaint: C0 9-01154 SBA
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Case4:09-cv-01154-SBA Document39 Filed07/07/10 Page3 of 3

Page 3