1  David N. Kuhn - State Bar No. 73389
   Attorney-at-Law
2  144 Hagar Avenue
   Piedmont, CA 94611
3  Telephone:(510)653-4983
   E-mail: dnkuhn@pacbell.net
4  Attorney for plaintiff Gregory Bender

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11
   GREGORY BENDER,                  ) Case No. C 09-01154 SBA
12              plaintiff and       )
            counter-defendant,      ) ORDER OF DISMISSAL
13 vs.                              )
                                    )
14 LINEAR TECHNOLOGY CORPORATION,   )
   a Delaware corporation,          )
15              defendant and       )
            counter-claimant.       )
16                                  )

17 ──────────────────────────────────

18      CAME ON THIS DAY for consideration of the Stipulated Motion

19 for Dismissal of all claims asserted by plaintiff and counter-

20 claim defendant Gregory Bender against defendant and counter-

21 claimant Linear Technology Corporation and of all claims asserted

22 by defendant and counter-claimant Linear Technology Corporation

23 against plaintiff and counter-defendant Gregory Bender in this

24 action, with prejudice, and the Court being of the opinion that

25 said motion should be GRANTED, it is hereby

26
                                Page 1

                                [Proposed] Order of Dismissal: C 09-01154 SBA

1    ORDERED, ADJUDGED, AND DECREED that all claims asserted in
2 this action by plaintiff and counter-defendant Gregory Bender
3 against defendant and counter-claimant Linear Technology
4 Corporation and all claims asserted by defendant and counter-
5 claimant Linear Technology Corporation against plaintiff and
6 counter-defendant Gregory Bender are hereby dismissed, with
7 prejudice.
8    It is further ORDERED that all costs and expenses and
9 attorneys' fees are to be borne by the party that incurred them.
10    IT IS SO ORDERED.

Dated: 10/6/10                      _____
                                    UNITED STATES DISTRICT JUDGE